
RECEIVED
IN ALEXANDRIA
SEP 0 8 2009
TONY R. MOORE, CLERK
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARLON LAVALAIS | CIVIL ACTION 09-0405 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| BOISE CASCADE, L.L.C. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #4, is DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this  8th  day of  SEPTEMBER , 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**